# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00218-CV

**Travis County Attorney, Appellant**

**v.**

**J. H., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. D-1-EX-13-000406, HONORABLE P. DAVID WAHLBERG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In this restricted appeal from an agreed order of expunction, appellant Travis County Attorney has filed a motion to dismiss appeal, requesting that the Court render judgment effectuating the parties' agreement.  The parties and the district court have signed an agreed limited order of expunction and filed it in district court.  Having reviewed the order and the parties' agreement, we grant the motion and dismiss the appeal, rendering judgment effectuating the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(A).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   July 17, 2014